UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Maurice Williams

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20-mj-03995

Defendant Maurice Williams hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_Maurice Williams_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Maurice Williams
Print Defendant's Name

_Ben G_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/10/21
Date

U.S. District Judge/U.S. Magistrate Judge