UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
　　　　　Plaintiff(s),

v.

__Maurice Williams__
　　　　　Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__21 CR 306__ (VB)

　　　**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/(re-scheduled) for:

___ Status conference　　　　　___ Final pretrial conference

___ Telephone conference　　　___ Jury selection and trial

___ Pre-motion conference　　　___ Bench trial

___ Settlement conference　　　___ Suppression hearing

___ Oral argument　　　　　　　___ Plea hearing

___ Bench ruling on motion　　　✓ Sentencing

on __9-16-__, 20__21__, at __3:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __9.9.21__

　　　**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8-24-__, 20__21__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge