UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Government,

-against-

Maurice Williams,

Defendant.

21CR00306 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The conference scheduled for August 10, 2026 at 10 AM is adjourned sine die. The case is now transferred to Magistrate Judge Judith McCarthy in White Plains.

DATED: July 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge