UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

7:21 CR 00306-001 (VB)

-against-

ORDER

Maurice Williams

Defendant

-------------------------------------X

JUDITH C. McCARTHY, United States Magistrate Judge:

It is hereby ORDERED that the defendant, Maurice Williams (DOB 04/01/1981), participate and successfully complete detoxification and/or rehabilitation services at the recommendation of Resource Recovery Center of Orange County, located at 68 Crystal Run Road, Middletown, NY 10941 beginning on 07/31/2026.

Dated: White Plains, New York
July 30, 2026

SO ORDERED:

JUDITH C. McCARTHY
United States Magistrate Judge